**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 12-1521**

————————

TYRONE HURT,

Plaintiff – Appellant,

v.

WILLIAM A. CLINTON, et al., Former President of the U.S.;
FALUN GONG; FIRST AMENDMENT RIGHT TO THE U.S. CONSTITUTION;
WORLD ORDER; WORLD ORDER VIOLATIONS,

Defendants - Appellees.

————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema,
District Judge. (1:08-cv-01050-LMB-TCB)

————————

Submitted:  August 20, 2012      Decided:  August 27, 2012

————————

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

————————

Dismissed by unpublished per curiam opinion.

————————

Tyrone Hurt, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006) and imposing a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Hurt v. Clinton, No. 1:08-cv-01050-LBM-TCB (E.D. Va. Oct. 21, 2008). We deny the motions to appoint counsel and to amend. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED